FILED

09 SEP -1 AM 9:22

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Sean Curtis Hickey - #159116               CV 09 80178 MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that Sean Curtis Hickey has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Sean Curtis Hickey
Law Office of Sean C. Hickey
38871 Viento Court
Fremont, CA 94536